Filed 3/21/22  P. v. Phillips CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Glenn)

----

| | |
|---|---|
| THE PEOPLE, | C094947 |
| Plaintiff and Respondent, | (Super. Ct. No. 21CR16045) |
| v. | |
| MICHAEL JAMES PHILLIPS, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Michael James Phillips asked this court to conduct an independent review of the record to determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error in defendant's favor, we affirm.

## I.  BACKGROUND

On January 10, 2021, after defendant had been drinking alcohol for "two days straight," his girlfriend J.L. grabbed the bottle of rum he was drinking from and poured the contents down the sink.  Angry, defendant grabbed J.L. by the arm.  He quickly released her arm but grabbed her by the throat, pinned her to the wall, and began choking

1

her. He choked her until she was struggling to breathe. He released her but continued to yell at her until she was able to sneak out of the apartment with her one-year-old child.

Defendant was later arrested and charged with inflicting corporal injury on a cohabitant (Pen. Code, § 273.5, subd. (a)), to which he pled guilty. The trial court sentenced defendant to the middle term of three years in state prison. The court ordered defendant to pay various fines and fees and issued a criminal protective order protecting J.L.

Defendant timely appealed without a certificate of probable cause.

## II. DISCUSSION

Counsel filed an opening brief that sets forth the facts and procedural history of the case and asked this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende*, *supra*, 25 Cal.3d 436.) Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days elapsed, and defendant did not file a supplemental brief. Our review of the record pursuant to *Wende* disclosed no arguable errors in defendant's favor.

## III. DISPOSITION

The judgment is affirmed.

/S/

————————————————
RENNER, J.


We concur:


/S/

————————————————
ROBIE, Acting P. J.


/S/

————————————————
DUARTE, J.

3